FILED
2017 Sep-13 AM 10:44
U.S. DISTRICT COURT
N.D. OF ALABAMA

# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# NORTHEASTERN DIVISION

| | |
|---|---|
| CHRISTOPHER CAMPBELL, ) <br> AIS# 294171 ) <br> ) <br>    Plaintiff, ) <br> ) <br> v. ) <br> ) <br> CHRISTEEN DAVIS, et al., ) <br> ) <br>    Defendants. ) | Case No. 5:16-cv-01275-LSC-JEO |

## MEMORANDUM OPINION

The magistrate judge filed a report on July 31, 2017, recommending that the defendants' special reports be treated as motions for summary judgment and further recommending that the motions be granted. (Doc. 31). Although the parties were advised of their right to file specific written objections within fourteen days, no objections have been received by the court.

Having carefully reviewed and considered *de novo* all the materials in the court file, including the report and recommendation, the magistrate judge's report is hereby **ADOPTED** and the recommendation is **ACCEPTED**. Accordingly, the court **ORDERS** that the defendants' motions for summary judgment (docs. 15 and 28) are **GRANTED**, the court finding no genuine issues of material fact exist and the defendants are entitled to judgment in their favor as a matter of law. To the extent the plaintiff's amended complaint raises a state law claim of medical

malpractice, the court **DECLINES** to exercise supplemental jurisdiction pursuant to 28 U.S.C. § 1367(1).

**DONE** AND **ORDERED** ON SEPTEMBER 13, 2017.

_____
L. SCOTT COOGLER
UNITED STATES DISTRICT JUDGE

160704